UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUIGAI,

Plaintiff(s),

-against-

CAMPBELL, et al.,

Defendant(s).

**23 CV 7539 (NSR)**
**RESCHEDULING ORDER**

NELSON S. ROMÁN, U.S.D.J.:

In light of the extension of the discovery deadlines, it is hereby

ORDERED that the above case scheduled before the Hon. Nelson S. Román, U.S.D.J. for

**Status Conference on May 17, 2024 is rescheduled to July 19, 2024 at 10:45 am to be held**

**via teleconference.**

To access the teleconference, please follow these directions: **(1) Dial the Meeting**

**Number: (877) 336-1839; (2) Enter the Access Code: 1231334** #; **(3) Press pound** (#) **to enter**

**the teleconference as a guest.**

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers
   unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids
   playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes
   through. This will also prevent interruptions.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/14/2024

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

SO ORDERED.

Dated: May 14, 2024
     White Plains, New York

_____

Nelson S. Román, United States District Judge