MEMO ENDORSED

**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

July 16, 2024

**VIA ECF**
Hon. Nelson S. Román
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

> Re:    *Sands-Muigai v. Manning-Campbell, et al.*
>        Docket No.:    23-cv-7539(NSR)(JCM)

Dear Judge Román:

We represent Defendants in the above-referenced matter. We write on behalf of all parties to respectfully request that the case management conference currently scheduled before Your Honor on July 19, 2024 be adjourned. (*See* ECF 27.) Judge McCarthy has granted the parties' request to extend the discovery deadline to August 19, 2024. Accordingly, we respectfully request that Your Honor reschedule the case management conference for a date after August 19, 2024 that is convenient to the Court.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**SILVERMAN & ASSOCIATES**
By:  */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for Defendants
445 Hamilton Avenue, Suite #1102
White Plains, New York 10601
(914) 574-4510
dcollins@silvermanandassociatesny.com

cc:    All Counsel of Record (VIA ECF)

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Status Teleconf. on July 19, 2024 is GRANTED. The Status Teleconf. is adjourned until Sept. 19, 2024 at 10:00 am. The parties are directed to this Court's Order at ECF No. 27 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 31.**
**Dated: White Plains, NY**
**July 16, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____07/16/2024____

445 Hamilton Ave., Suite #1102  |  White Plains, NY 10601
914.574.4510 Main  |  914.574.4515 Fax  |  silvermanandassociatesny.com