**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

MEMO ENDORSED

September 12, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: *Sands-Muigai v. Manning-Campbell, et al.*
      Docket No.: 23-cv-7539(NSR)(JCM)

Dear Judge Román:

  We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for September 19, 2024 be adjourned. This is the second request for such an adjournment and the first request was granted (ECF 32). The reason for this request is due to the discovery extension recently ordered by Judge McCarthy. The deadline for the completion of all discovery in this matter is now October 15, 2024.

  Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after October 15, 2024 that is convenient to the Court.

  We thank you for your attention to this matter.

           Respectfully Submitted,

          SILVERMAN & ASSOCIATES

         By: */s/ Deanna L. Collins*
          Deanna L. Collins
          Attorneys for Defendants
        445 Hamilton Avenue, Suite 1102
         White Plains, NY 10601
          (914) 574-4510
       dcollins@silvermanandassociatesny.com

CC: all counsel of record (by ECF)

---

**In light of the extension of the discovery deadlines, Defts' request, on behalf of all parties, to adjourn the Sept. 19, 2024 Status Teleconf is GRANTED. The Status Teleconf. is adjourned from Sept. 19, 2024 to Dec. 3, 2024 at 10:00 am. Counsel are directed to ECF No. 27 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 33.**
**Dated: September 18, 2024**
    **White Plains, NY**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2024

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com