**MEMO ENDORSED**

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

November 12, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

        Re:    *Sands-Muigai v. Manning-Campbell, et al.*
               Docket No.: 23-cv-7539(NSR)(JCM)

Dear Judge Román:

      We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for December 3, 2024 be adjourned. This is the third request for such an adjournment and the prior requests were granted (ECF 32, 34). The reason for this request is due to the discovery extension recently ordered by Judge McCarthy. The deadline for the completion of all discovery in this matter is now December 6, 2024.

      Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after December 6, 2024 that is convenient to the Court.

      We thank you for your attention to this matter.

Respectfully Submitted,

SILVERMAN & ASSOCIATES

By: */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(914) 574-4510
dcollins@silvermanandassociatesny.com

CC:    all counsel of record (by ECF)

---

**Endorsement:**

In light of the extension of the discovery deadlines, the parties' request to adjourn the Dec. 3, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until Jan. 17, 2025 at 2:30 pm. Dial-in instructions will follow separately. Clerk of Court is requested to terminate the motion at ECF No. 37.

Dated: White Plains, NY
           November 14, 2024

SO ORDERED:

/s/ Hon. Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024