**MEMO ENDORSED**

# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

January 16, 2025

<u>Via ECF</u>
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Sands-Muigai v. Manning-Campbell, et al.*
             Docket No.:   23-cv-7539(NSR)(JCM)

Dear Judge Román:

      We represent the Defendants in the above-referenced matter and write on behalf of all parties to respectfully request that the case management conference currently scheduled for January 17, 2025 be adjourned. This is the fourth request for such an adjournment and the prior requests were granted (ECF 32, 34, 38). The reason for this request is due to the discovery extension recently ordered by Judge McCarthy. (ECF 42.) The deadline for the completion of all discovery in this matter is now January 24, 2025

      Accordingly, we respectfully request that the case management conference before Your Honor be adjourned to a date after January 24, 2025 that is convenient to the Court.

      We thank you for your attention to this matter and we greatly apologize for the delay in submitting this request.

                  Respectfully Submitted,

                  SILVERMAN & ASSOCIATES

                  By: */s/ Deanna L. Collins*
                      Deanna L. Collins
                 Attorneys for Defendants
            445 Hamilton Avenue, Suite 1102
                White Plains, NY 10601
                   (914) 574-4510
           dcollins@silvermanandassociatesny.com

CC:    all counsel of record (by ECF)

---

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/16/2025

---

In light of the extension of the discovery deadlines, the parties' request to adjourn the Jan. 17, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until Feb. 6, 2025 at 10:00 am. To access the Webex teleconf.: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court is requested to terminate the motion at ECF No. 43.
Dated: White Plains, NY
      January 16, 2025
SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE