USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **09/29/2025**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

SHANNA SANDS MUIGAI

                Plaintiff,

    - against -

JACKIELYN MANNING CAMPBELL, et al.

                Defendants.

---

**ORDER**

7:23-cv-07539-NSR-JCM

Nelson S. Román, United States District Judge:

    The Court having been informed that the the parties have settled the case pending approval by Defendant's Board of Education, it is hereby ORDERED, that the above-entitled action be discontinued, subject to reopening should the settlement agreement not be consummated within forty-five (45) days of the date hereof. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:    September 29, 2025
             White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.